**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANDRE BATTLE, on behalf of himself and other similarly situated, | ) ) ) | |
| | ) | No. 26-cv-02427 |
| Plaintiff | ) ) | |
| | ) | Hon. Matthew F. Kennelly |
| v. | ) ) | |
| | ) | Hon. Magistrate M. David Weisman |
| FULTON AND ROARK, LLC | ) ) | |
| | ) | JURY TRIAL DEMANDED |

**DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, Defendant Fulton and Roark, LLC, hereby states that it has no parent corporation, and that no publicly held corporation owns 5% or more of its stock.

Dated: April 10, 2026

Respectfully submitted,
Fulton and Roark, LLC

By: /s/ Jin J. To
Jin J. To (ARDC No. 6331546)
K&L GATES LLP
70 West Madison Street
Suite 3300
Chicago, Illinois 60602-4207
Telephone: (312) 807-4224
Facsimile: (312) 345-9964
Jin.To@klgates.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she caused a true and correct copy of

Defendant Fulton and Roark, LLC's Rule 7.1 Corporate Disclosure Statement and Local Rule

3.2 Notification of Affiliates to be served on the following counsel of record by ECF on April

10, 2026:

Uri Horowitz
Horowitz Law, PLLC
14441 70th Road
Flushing, NY 11367
Email:Uri@horowitzlawpllc.com

*/s/Jin J. To*
Jin J. To