**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| ANDRE BATTLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-v.-<br><br>Fulton and Roark LLC,<br><br>Defendant. | Civil Action No: 1:26-cv-02427<br><br>**JOINT STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** August 25, 2026

| | |
|---|---|
| **For Plaintiff Andre Battle**<br><br>*/s/ Uri Horowitz*<br>Uri Horowitz, Esq.<br>**Horowitz Law, PLLC**<br>144-41 70th Road<br>Flushing, NY 11367<br>Phone: 718-705-8700<br>uri@horowitzlawpllc.com | **For Defendant Fulton and Roark LLC**<br><br>*/s/ Jin J. To (with consent)*<br>Jin J. To, Esq.<br>K&L Gates, LLP<br>70 West Madison Street, Suite 3300<br>Chicago, IL 60602<br>(312) 807-4224<br>Jin.To@klgates.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed on August 25, 2026 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 25th day of August 2026

Respectfully Submitted,

*/s/ Uri Horowitz*
Uri Horowitz, Esq.